UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BOYD,<br><br>*Plaintiff*,<br><br>v.<br><br>LAYER CAKE CREATIVE SERVICES LLC, MICHAEL CLARK and SHANE CLARK,<br><br>*Defendants*. | No. 23-CV-2330 (AT)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Ronald Adelman will appear on behalf of Defendants in this action.

Dated: New York, New York
April 17, 2023

STROPHEUS LLC

s/ Ronald Adelman

60 East 42nd St, Suite 4600
New York, New York 10165-0006
T: (917) 338-4898
Ronald.Adelman@Stropheus.com

*Attorneys for Defendants*