USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES BOYD,

                        Plaintiff,

         - against -

LAYER CAKE CREATIVE SERVICES
LLC et al.,

                      Defendants.
-------------------------------------------------------------X

23-CV-2330 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to Judge Lehrburger for general pretrial purposes. The deadline of June 5, 2023 for filing of a jointly proposed case management plan remains in place. The parties must cooperate, and to the extent a party does not do so, they may be subject to sanctions. The parties are instructed to review and adhere to Judge Lehrburger's Individual Rules of Practice available at https://www.nysd.uscourts.gov/hon-robert-w-lehrburger.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2023
      New York, New York

Copies transmitted this date to all counsel of record.