**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHARLES BOYD,

                Plaintiff,

-against-

LAYER CAKE CREATIVE SERVICES LLC, MICHAEL CLARK AND SHANE CLARK,

                Defendants.

23 CV 2330

**DECLARATION OF SERVICE**

---

I, Edward Carlson, declare as follows:

1. On May 26, 2023, I deposited a copy of the Court's May 24, 2023 Order in a Federal Express Priority Overnight Service envelope and paid for overnight delivery of same to SRGG. Exhibit A.

2. The envelope was addressed to SRGG LLC, 300 Observer Highway, Unit D-101, Hoboken, New Jersey, 07030, the same address where SRGG LLC was served with the subpoena to produce. Exhibit B.

3. On May 30, 2023, I received confirmation that the Court's May 24, 2023 Order was delivered to SRGG at 9:36 a.m. that same day. Exhibit C.

4. As such, SRGG has been served with the May 24, 2023 Court Order as per the terms set forth therein.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: May 30, 2023          By:    _____

Edward Carlson
Carlson and Ryan LLP
43 W. 43rd St., suite 243
New York, NY 10036
ed@carlsonryanlaw.com
(917) 714-0189

# EXHIBIT A



PostNet NJ122
344 Grove street

Jersey City, NJ  07302
201-332-8828

Invoice#: 310766   Clerk: Clerk

05/26/2023  10:36

Carlson & Ryan Llp
Acct #: 010259342180
========================================
Description
SKU#           Price    Qty  ExtPrice
========================================
FedEx Priority Overnight
FEDEX-PRI     44.84      1    44.84
SRGG LLC 201-332-8828
Letter
Tracking#: 398820373645
Package ID#: 0189427
Scale Display: 0 lb 2.2 oz
Chargeable Weight: 0.1375 lb
========================================
              Sub-Total:     $44.84
              Sales Tax:      $0.00
                          -----------
              Total:         $44.84


    CCard Charge:           $44.84
    Approval Number:        09298G
    Reference ID Number:    5036033955

    ************1041
    CARLSON/EDWARD

    I agree to pay the
    above total amount
    according to the
    card issuer agreement.
    (merchant agreement if
    credit voucher)


To track shipments:
UPS: 800-742-5877 or www.ups.com
FedEx: 800-463-3339 or www.fedex.com
DHL:  800-225-5345 or  www.dhl-usa.com
For more info, visit www.shiprite.net

EXHIBIT B

___Southern___ COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF ~~DISTRICT~~ ATTORNEY: <u>EDWARD CARLSON, ESQ.</u>


20230425172333

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| CHARLES BOYD<br>- against -<br>LAYER CAKE CREATIVE SERVICES LLC., ET AL | Peitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

INDEX# 23 CV 2330
DATE OF FILING:

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

I, <u>MARK SACRIPANTI</u>, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ___NJ___.
That on date/time: <u>4/25/2023 5:43 PM</u>, at <u>300 OBSERVER HWY UNIT D-101 HOBOKEN NJ 07030</u>
deponent served within: <u>LETTER, SUBPOENA TO PRODUCE</u>
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: <u>SRGG LLC.</u>

[ ] Defendant   [ ] Respondent   [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A** [ ] — By personally delivering and leaving with said <u>SRGG LLC.</u> and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B** [X] — By delivering to and leaving with <u>CLAUDIA ÁLVAREZ</u> at <u>300 OBSERVER HWY UNIT D-101 HOBOKEN NJ 07030</u> and that he knew the person so served to be <u>MANAGING AGENT</u> of the corporation.

**SUITABLE AGE PERSON C** [ ] — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NJ.

**AFFIXING TO DOOR, ETC D** [ ] — By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NJ. Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.
1. _____ 2. _____ 3. _____

**MAILING TO RESIDENCE E1** [ ] — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NJ. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on <u>4/25/2023</u>.

**MAILING TO BUSINESS E2** [ ] — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NJ. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on <u>4/25/2023</u>.

**WITNESS FEE F** [ ] — Witness fee of the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G** [X] — I asked the person spoken to whether defendant was in active military service of the United States or of the State of NJ in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H** [X] — DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: <u>F</u>   AGE: <u>21-35</u>   HEIGHT: <u>5'0"-5'3"</u>   WEIGHT: <u>100-130 LBS.</u>   SKIN: <u>OLIVE</u>   HAIR: <u>BROWN</u>   OTHER: <u>GLASSES</u>

To Be Used Where Electronic Signature Not Available
Served Data:
Subscribed and Sworn to me this <u>26</u> day of <u>April</u> 20<u>23</u>
Notary Signature: _____
Name of Notary _____ Commission Expiration _____

(Seal: ROSEMARY RAMOS, NOTARY PUBLIC, NEW JERSEY, My Commission Expires SEPTEMBER 25, 2023)

Docusign Court Approved E-Signature
I, MARK SACRIPANTI, was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   <u>4/26/2023</u>
License#: Not Applicable
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083

EXHIBIT C

# FedEx® Tracking

**DELIVERED**

Tuesday

Signature not required
Package delivered to recipient address

⤓ **Obtain proof of delivery**

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**

Delivered ✓




**TRACKING ID**

398820373645 ✏︎ ☆

> **FROM**
> Jersey City, NJ US
>
> *Label Created*
> 5/26/2023 9:35 AM
>
> **PACKAGE RECEIVED BY FEDEX**
>
> **IN TRANSIT**
> MOONACHIE, NJ
> 5/30/2023 7:13 AM

**OUT FOR DELIVERY**
MOONACHIE, NJ
5/30/2023 7:55 AM

**DELIVERED**
Hoboken, NJ US

*Delivered*
5/30/2023 at 9:36 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**MORE OPTIONS**

Manage Delivery

# Shipment facts

 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 398820373645 |
| **DELIVERED TO** | Residence |
| **SHIP DATE** ⓘ | 5/26/23 |
| **STANDARD TRANSIT** ⓘ | 5/30/23 before 10:30 am |
| **ACTUAL DELIVERY** | 5/30/23 at 9:36 am |

 Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

 Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

# Travel history

**SORT BY DATE/TIME**
Ascending

Friday, 5/26/2023

9:35 AM

Shipment information sent to FedEx

8:15 PM

At local FedEx facility
MOONACHIE, NJ

Saturday, 5/27/2023

9:34 AM

At local FedEx facility
MOONACHIE, NJ

| Tuesday, 5/30/2023 | 7:13 AM | |
| --- | --- | --- |
| | **At local FedEx facility** | |
| | MOONACHIE, NJ | |
| | 7:55 AM | |
| | **On FedEx vehicle for delivery** | |
| | MOONACHIE, NJ | |
| | 9:36 AM | |
| | **Delivered** | |
| | **Package delivered to recipient address - release authorized** | |
| | Hoboken, NJ | |

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio (https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations (https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog (https://www.fedex.com/en-us/blog.html)

Corporate Responsibility (https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us (https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

FedEx Cross Border

ShopRunner

https://www.fedex.com/fedextrack/?trknbr=398820373645&trkqual=2460091000~398820373645~FX                Page 4 of 5

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)
f (Https://www.facebook.com/FedEx/)   🐦 (Https://twitter.com/fedex)
📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)
▶ (https://www.youtube.com/fedex)   p (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023 | Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)