UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES BOYD,

                Plaintiff,

      - against -

LAYER CAKE CREATIVE SERVICES LLC et al.,

                Defendants.
------------------------------------------------------------X

23-CV-2330 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves Plaintiff's letter motion to compel at Dkt. 28. It appears from non-party SRGG's response at Dkt. 43 that the meet and confer process has not been completed given that counsel for SRGG only recently appeared. With one exception, Plaintiff's motion is denied without prejudice to a later application following completion of the meet and confer process. The one exception is that SRGG must produce correspondence between SRGG and Defendants, regardless of the extent to which Plaintiff has sought the same discovery from Defendants; it is not uncommon for two communicating parties to each have overlapping but not identical records of all communications between them.

       The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 28.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER

UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2023
      New York, New York

Copies transmitted this date to all counsel of record.