```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES BOYD,                                                :
                                                             :    23-CV-2330 (RWL)
                                Plaintiff,                   :
                                                             :
        - against -                                          :    ORDER
                                                             :
LAYER CAKE CREATIVE SERVICES                                 :
LLC et al.,                                                  :
                                                             :
                                Defendants.                  :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the initial pretrial conference held via telephone on July 5, 2023, defense counsel Mr. Adelman informed the Court that he is no longer affiliated with the Stropheus firm. Stropheus was identified as the firm with which Mr. Adelman was affiliated at least up to June 28, 2023, when the parties filed their joint proposed scheduling order. (*See* Dkt. 46.) The Court notes, however, that ECF currently reflects a change of firm name and address for Mr. Adelman, with no mention of the Stropheus firm, although no notice of a change of address appears to have been filed. According to Mr. Adelman, Defendants remain clients of the Stropheus firm.

Accordingly, by July 7, 2023, Mr. Adelman shall file a letter motion to withdraw and shall include information about the status of Stropheus's identification of an attorney who will be handling the case and will be filing an appearance. Mr. Adelman shall serve a copy of this order on the Stropheus firm by email and first class mail. The Court will hold the proposed scheduling order in abeyance in the meantime.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.