```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES BOYD,                                                :
                                                             :     23-CV-2330 (RWL)
                                 Plaintiff,                  :
                                                             :
               - against -                                   :     ORDER
                                                             :
LAYER CAKE CREATIVE SERVICES                                 :
LLC et al.,                                                  :
                                                             :
                                 Defendants.                 :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As counsel for Defendants has put in an appearance as ordered, the parties shall meet and confer and submit a proposed scheduling order and case plan by July 21, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2023
       New York, New York

Copies transmitted this date to all counsel of record.