UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BOYD,<br><br>    *Plaintiff,*<br><br>  v.<br><br>LAYER CAKE CREATIVE SERVICES, LLC, et. al.,<br><br>    *Defendants.* | No. 1:23-cv-02330<br>ECF case<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

Please enter the appearance of Michael R. Horenstein as counsel in this case for Defendant Layer Cake Creative Services, LLC. I am Of Counsel to Stropheus Law LLC. I certify that I am admitted to practice before this Court.

Dated: August 17, 2023
New York, New York

                     Respectfully submitted,

                     /s/ Michael R. Horenstein
                      Michael R. Horenstein
                     Law Office of Michael R. Horenstein
                     437 East 80th Street, Ste. No. 27
                     New York, New York 10075
                     Tel: 212-517-7340
                     Cell: 917-207-4280
                     Michael.r.horenstein@gmail.com

                     *Attorney for Plaintiff*