UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BOYD,<br><br>                       *Plaintiff,*<br><br>      v.<br><br>LAYER CAKE CREATIVE SERVICES, LLC, et. al.,<br><br>                      *Defendants.* | No. 1:23-cv-02330<br>ECF case<br><br>**PROPOSED STIPULATION EXTENDING TIME RULE 26(a)(1) and 26(f) DISCLOSURES** |

August 25, 2023

Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
**BY: ECF**

Dear Magistrate Judge Lehrburger:

We represent the parties in the above-captioned action. We write on behalf of all parties respectfully to request a one-month extension of time, until 9/25 2023, for the parties to exchange their Rule 26(a)(1) initial disclosures. Please note that mediation was Ordered by this Court on July 21, 2023 (dkt. # 59) through the Mediation Program but has not yet been scheduled. No prior request for an adjournment of these dates has been made by any party in this case.

We appreciate Your Honor's time and attention to this matter. Please do not hesitate to contact the undersigned if Your Honor has any questions or requires any further information.

Respectfully,


| | |
|---|---|
| /s/ Edward Carlson | /s/ Michael R. Horenstein |
| Edward Carlson | Michael R. Horenstein |

Carlson & Ryan, LLP
43 West 43rd Street STE 243
New York, N.Y. 10036
+1 (91) 714-0189
ed@carlsonryanlaw.com

*Attorney for Plaintiff*

Law Office of Michael R. Horenstein
437 East 80th Street, Ste. No. 27
New York, New York 10075
Tel: 212-517-7340
Cell: 917-207-4280
michael.r.horenstein@gmail.com

*Attorney for Defendants*