USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2023

Carlson and Ryan LLP
43 W. 43rd St., suite 243
New York, NY 10036
carlsonryanlaw.com

November 10, 2023

Granted.

**VIA ECF**
Hon. Robert W. Lehrburger
500 Pearl Street, Room 18D
United States Courthouse
Southern District of New York
New York, NY 10007

SO ORDERED:

11/10/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   Boyd v. Layer Cake Services LLC. et al, Case No. 23 cv 2330 (AT)(RWL)

Dear Judge Lehrburger:

This law firm represents Plaintiff Charles Boyd in the above-captioned matter. Settlement discussions between the parties are ongoing. As such, we write to request a 30-day stay of these proceedings.

Opposing counsel consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,
Carlson and Ryan LLP

/s/ Edward Carlson
(917) 714-0189