```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES BOYD,

                Plaintiff,

        - against -

LAYER CAKE CREATIVE SERVICES
LLC et al.,

                Defendants.
-------------------------------------------------------------X

23-CV-2330 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     On November 10, 2023, the Court granted a stay of the proceedings for 30 days while the parties pursued settlement discussions. The Court has not received a status update from the parties. Accordingly, the parties shall submit a joint status letter to the Court by January 11, 2024.

                                     SO ORDERED.

                                     _____
                                     ROBERT W. LEHRBURGER
                                     UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.