USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2024

Carlson and Ryan LLP
43 W. 43rd St., suite 243
New York, NY 10036
carlsonryanlaw.com

January 12, 2024

**VIA ECF**
Hon. Robert W. Lehrburger
500 Pearl Street, Room 18D
United States Courthouse
Southern District of New York
New York, NY 10007

The Court appreciates the parties' settlement efforts. By February 11, 2024, the parties shall file either a stipulation of dismissal or a status report.

SO ORDERED:

1/12/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   Boyd v. Layer Cake Services LLC. et al, Case No. 23 cv 2330 (AT)(RWL)

Dear Judge Lehrburger:

This law firm represents Plaintiff Charles Boyd in the above-captioned matter. We submit this status letter on behalf of all parties.

A settlement agreement has been drafted and the parties are in the process of finalizing same. We therefore request an additional 30-day stay to finalize settlement.

We thank the Court for its attention to this matter.

Respectfully submitted,
Carlson and Ryan LLP

/s/ Edward Carlson
(917) 714-0189

1